# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **TRAILBLAZHERS RUN CO., ET AL.** | |
| *Plaintiff* | Civil Action No.: |
| v. | **1:24–CV–10950–DLC** |
| **BOSTON ATHLETIC ASSOCIATION, ET AL.** | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Boston Athletic Association
185 Dartmouth Street, 6th Floor,
Boston, MA 02116

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) --- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) --- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ – **Danielle Kelly**
*Signature of Clerk or Deputy Clerk*

ISSUED ON 2024–04–12 09:22:46, Clerk USDC DMA

Civil Action No.: **1:24–CV–10950–DLC**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) __Boston Athletic Association__

was received by me on (date) __04/12/2024__.

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____, a person of suitable age and discretion who resides there,
on (date) _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) __Sarah Carroll, Admin Manager__, who is designated by law to accept service of process on behalf of (name of organization) __Boston Athletic Association__
__185 Dartmouth St., 6th Floor, Boston, MA 02116__ on (date) __02/12/2024__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify) :

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

__04/13/2024__
Date

*Server's Signature*

Cynthia Paris, Process Servere

*Printed name and title*
Boston Process Server, LLC
P.O. Box 230261
Boston, MA 02123
617_480-8777

*Server's Address*

Additional information regarding attempted service, etc:

Documents Served: Summons in a Civil Action; Complaint with Exhibits; Category Form 11-2020

Description: Caucasian, Female, 30 yrs, 5' 4", 150 lbs, brown hair