# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

---
**TRAILBLAZHERS RUN CO., ET AL.**
---
*Plaintiff*

v.

Civil Action No.:
**1:24–CV–10950–DLC**

---
**BOSTON ATHLETIC ASSOCIATION, ET AL.**
---
*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

John F. Carmichael Jr.
Chief of Police
1321 Washington Street,
Newton, MA 02465

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
---
*CLERK OF COURT*

/s/ – Danielle Kelly
---
*Signature of Clerk or Deputy Clerk*

ISSUED ON 2024–04–12 09:22:46, Clerk USDC DMA

Civil Action No.: **1:24–CV–10950–DLC**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) __John F. Carmichael Jr.___
__Chief of Police__
was received by me on (date)___04/12/2024___.

☐ I personally served the summons on the individual at (place)_____
_____on (date)_____; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____
_____, a person of suitable age and discretion who resides there,
on (date) _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual)___Diane Hyde, Detail Clerk____ , who is
designated by law to accept service of process on behalf of (name of organization)__Chief, John F. Carmichael Jr.__
___1321 Washington Street, Newton, MA 02465___ on (date) ___04/12/24___; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :

My fees are $ _____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

___04/13/2024___  
Date

_____(signature)_____  
Server's Signature

Cynthia Paris, Process Server  
*Printed name and title*  
Boston Process Server, LLC  
P.O. Box 230261  
Boston, MA 02123  
617-480-8777  
Server's Address

Additional information regarding attempted service, etc:

Documents Served: Summons in a Civil Action Complaint with Exhibits Category Form 11-2020

Description: Caucasian, Male, 40's, 6', 185 lbs, brown hair