UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRAILBLAZHERS RUN CO., ABEO POWDER, ELIZABETH ROCK, and FRANCES RAMIREZ,<br><br>         Plaintiffs,<br><br>     v.<br><br>BOSTON ATHLETIC ASSOCIATION, CITY OF NEWTON, and JOHN F. CARMICHAEL JR., Chief of Police of the Newton Police Department, in his official capacity,<br><br>         Defendants. | Civil Action No. 1:24-cv-10950-IT |

## UNOPPOSED MOTION TO WITHDRAW

Pursuant to Local Rule 85.5.2(c), Attorney Eric L. Hawkins moves to withdraw as counsel for Defendant the Boston Athletic Association ("B.A.A.") in this matter because he is departing Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"). The B.A.A. will continue to be represented by counsel at WilmerHale, all of whom remain attorneys of record in this case.

Dated: December 18, 2024

Respectfully submitted,

*/s/ Eric L. Hawkins*
Eric L. Hawkins (BBO #693289)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
eric.hawkins@wilmerhale.com

*Counsel for Defendant Boston Athletic Association*

1

**LOCAL RULE 7.1 CERTIFICATION**

      Pursuant to Local Rule 7.1, undersigned counsel certifies that he conferred with counsel for Plaintiffs regarding this motion. Plaintiffs do not oppose the relief sought herein.

Dated: December 18, 2024                                                     *Eric L. Hawkins*
                                                                                          Eric L. Hawkins